### CODY v. THE STATE.

LUMPKIN, J. There was sufficient evidence in this case to support the verdict; and there being no complaint of any error of law, the refusal of a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur.*

Submitted February 20,—Decided March 22, 1906.

Indictment for murder. Before Judge Felton. Houston superior court. January 11, 1906.

*Robert N. Holtzclaw,* for plaintiff in error.

*John C. Hart, attorney-general,* and *William Brunson, solicitor-general,* contra.